Judith C. May, Plaintiff-Appellant, 
against
Lorenzo Scotto-D'Abusco, Defendant-Respondent.



Plaintiff appeals from an order of the Civil Court of the City of New York, Bronx County (Verna L. Saunders, J.), entered February 22, 2016, which denied her motion for entry of a judgment against defendant.




Per Curiam.
Order (Verna L. Saunders, J.), entered February 22, 2016, affirmed, without costs. Plaintiff-tenant's motion seeking to "enter judgment" on her property damage and other claims against defendant-landlord was properly denied. Plaintiff's claims were previously dismissed by the Small Claims Part of the Civil Court in Richmond County and again after trial in Bronx County (Irving H. Rosen, J.H.O.), on res judicata grounds, a disposition subsequently affirmed by this Court (see May v D'Abusco, 27 Misc 3d 136[A], 2010 NY Slip Op 50857[U] [App Term, 1st Dept 2010]). No basis exists upon which to enter judgment on these dismissed claims.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: November 22, 2016